UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIDGET EDMOND, ET AL<br>*Plaintiff* | CASE NO. 1:18-CV-01563 |
| VERSUS | JUDGE DRELL |
| MARK BUNDY, ET AL | MAG. JUDGE PEREZ-MONTEZ |

### ORDER OF DISMISSAL

Considering the Joint Motion for Dismissal, signed by counsel for the plaintiffs, BRIDGET EDMOND AND DANIEL EDMONDS, and counsel for defendants, MARK BUNDY, MARK BUNDY TRUCKING AND GREAT WEST CASUALTY COMPANY;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the suit of BRIDGET EDMOND AND DANIEL EDMONDS against MARK BUNDY, MARK BUNDY TRUCKING AND GREAT WEST CASUALTY COMPANY be and is hereby dismissed, with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs of court incurred as a result of the above-captioned lawsuit.

SIGNED this 12th day of November 2020 AT ALEXANDRIA, LA

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT