UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIDGET EDMOND AND<br>DANIEL EDMOND | NO: 1:18-CV-01563-DDD-JPM |
| | JUDGE: DEE D. DRELL |
| VERSUS | |
| | MAGISTRATE JUDGE: |
| MARK BUNDY, MARK BUNDY<br>TRUCKING, GREAT WEST CASUALTY<br>INSURANCE COMPANY, EUGENE<br>ENGLISH, PICO INCORPORATED, SCOTTSDALE<br>INDEMNITY, PRESTON EUBANKS, PROGRESSIVE<br>INSURANCE COMPANY, KELTON HUGHES, MINERAL MOUNTAIN TRUCKING,<br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY, STATE FARM<br>MUTUAL AUTOMOBILE INSURANCE COMPANY | JOSEPH H. L. PEREZ-MONTES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF DISMISSAL**

Considering the Joint Motion for Dismissal, signed by counsel for the plaintiffs, BRIDGET EDMOND AND DANIEL EDMOND, and counsel for defendants, MOUTAIN LAUREL ASSURANCE COMPANY AND PRESTON EUBANKS;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the suit of BRIDGET EDMOND AND DANIEL EDMOND against MOUNTAIN LAUREL ASSURANCE COMPANY AND PRESTON EUBANKS be and is hereby dismissed, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs of court incurred as a result of the above-captioned lawsuit.

SIGNED this 12TH day of November, 2020 AT ALEXANDRIA, LA

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT