UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIDGET EDMOND AND<br>DANIEL EDMOND<br><br>VERSUS<br><br>MARK BUNDY, et al | CIVIL ACTION NO. 1:18cv01563<br><br>JUDGE DEE D. DRELL<br><br>MAGISTRATE JUDGE JOSEPH H. L.<br>PEREZ-MONTES |

## ORDER OF DISMISSAL WITH PREJUDICE

**CONSIDERING THE FOREGOING JOINT MOTION FOR DISMISSAL WITH PREJUDICE FILED BY PLAINTIFFS:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims brought forth or that could have been brought forth by Plaintiffs, Bridget Edmond and/or Daniel Edmond, against Defendants, Mineral Mountain Trucking, Kelton Hughes, and Midwest Family Mutual Insurance Company, are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

Alexandria, Louisiana, this 12th day of November, 2020.

_____
**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRICT COURT**