UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIDGET EDMOND AND DANIEL EDMOND | CIVIL ACTION NO. 1:18cv01563 |
| VERSUS | JUDGE DEE D. DRELL |
| MARK BUNDY, MARK BUNDY TRUCKING, GREAT WEST CASUALTY INSURANCE COMPANY, EUGENE ENGLISH, PICO INCORPORATED, SCOTTSDALE INDEMNITY, PRESTON EUBANKS, PROGRESSIVE INSURANCE COMPANY, KELTON HUGHES, MINERAL MOUNTAIN TRUCKING, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |

## ORDER OF DISMISSAL

Considering the Joint Motion for Dismissal, signed by counsel for plaintiffs, BRIDGET EDMOND AND DANIEL EDMOND and Defendants, EUGENE ENGLISH, PICO INCORPORATED AND SCOTTSDALE INSURANCE COMPANY;

IT IS HEREBY ORDERED, ADJUSDGED AND DECREED that the suit of BRIDGET EDMOND AND DANIEL EDMOND, against Defendants, EUGENE ENGLISH, PICO INCORPORATED AND SCOTTSDALE INSURANCE COMPANY, be and his hereby dismissed with prejudice, with each party to bear their own costs of court.

SIGNED THIS 12th day of November, 2020 AT ALEXANDRIA, LA

HONORABLE, DEE D. DRELL
UNITED STATES DISTRICT JUDGE